KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSICA LLAMAS, | ) |
|    Plaintiff, | ) CIVIL NO. 04-01369 MMC |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, | ) APPROVING COMPROMISE |
| Commissioner of Social Security, | ) SETTLEMENT OF ATTORNEY |
| | ) FEES PURSUANT TO THE EQUAL |
| | ) ACCESS TO JUSTICE ACT |
|    Defendant. | ) |

     The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

     1. Defendant shall pay TWO THOUSAND NINE HUNDRED SIXTY THREE DOLLARS ($2,963.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action.[1] The check is to be payable to plaintiff's counsel:

               TONY ARJO
           1440 BROADWAY, SUITE 1019
               OAKLAND, CA 94612
             (510) 451-2334  FAX 2310

     2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

---

1/. This amount includes costs.

1    3. Payment of the TWO THOUSAND NINE HUNDRED SIXTY THREE DOLLARS ($2,963.00), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated: July 14, 2005

/s/
TONY ARJO
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: July 18, 2005          By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

APPROVED
Judge Maxine M. Chesney

Dated: July 22, 2005
_____
MAXINE M. CHESNEY
United States District Judge

LLAMAS, EAJA STIP (djm)
C 04-01369 MMC                               2